**Order entered January 27, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00984-CR

**JENNIE FRAZIER GITAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-30933-S**

## ORDER

Before the Court is the State's January 23, 2020 motion to extend time to file its brief.

We **GRANT** the motion and **ORDER** the brief received that same date filed as of the date of this

order.

/s/     CORY L. CARLYLE
        JUSTICE